# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JARIS HOWARD

NO. 2022 KW 0128

MARCH 28, 2022

---

In Re:     Jaris Howard, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No.
           33,217.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** The district court is ordered to proceed
toward disposition of relator's motion to fix bail, filed in
October 2021, on or before April 25, 2022. A copy of the trial
court's action shall be filed in this court on or before May 2,
2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT